UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RUDOLPH EVANS,

                        Plaintiff,

          v.

DR. BARNES, DR. MATEO, and HEALTH AND
HOSPITALS CORPORATION,

                      Defendants.

------------------------------------------------------------------ :
                               x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 9856 (GEL) (FM)

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| _X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _____ _____ | | Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | ___ | Social Security |
| ___ Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | | Particular Motion: _____ _____ |
| | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
               November 14, 2007

                                      GERARD E. LYNCH
                           United States District Judge