
MEMO ENDORSED




RECEIVED
FEB 31 2008
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL SUAREZ**
phone: 212-788-8710
fax: 212-788-0877
email: msuarez@law.nyc.gov

February 12, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

<u>VIA FACSIMILE</u>
Honorable Gerard E. Lynch
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007-1312

      Re:  <u>Evans v. New York City Department of Correction, et. al.</u>
           07-CV-9865 (GEL)(FM)
           9856

Dear Judge Lynch:

      I am the Assistant Corporation Counsel assigned to the above-referenced action. I write on behalf of the defendants[1] to respectfully request that <u>defendants' time to respond to the Complaint be extended from February 11, 2008 to March 14, 2008.</u> This is defendants' first request for an extension of time in this matter. The additional time is necessary to interview the named defendants and determine issues of representation pursuant to General Municipal Law 50-k(2), as well as to conduct an investigation into plaintiff's allegations.

*SO ORDERED

*GERARD E. LYNCH, U.S.D.J.*
2/14/08*

MICROFILMED FEB 19 2008 -3 00 PM

Returned to chambers for scanning on 2/21/08
Scanned by chambers on 2/25/08

---

[1] Upon information and belief, all of the defendants in this action have not been properly served with the Summons and Complaint. An extension of time will increase the likelihood of this office being able to interpose a single answer.

      As plaintiff is incarcerated and proceeding *pro se*, I am unable to obtain his consent prior to making this request.

      Thank you for your courtesy and consideration of defendants' request to extend its time to respond to the Complaint to March 14, 2008.

Respectfully yours,

Michael Suarez (MS 5038)
Assistant Corporation Counsel

cc:    Rudolph Evans, *Pro Se*
       #90-T-3696
       Mid-Orange Correctional Facility
       900 Kings Highway
       Warwick, New York 10990-0900