



**MEMO ENDORSED**

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MICHAEL SUAREZ
phone: 212-788-8710
fax: 212-788-0877
email: msuarez@law.nyc.gov

March 27, 2008

Honorable Frank Maas
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re: Evans v. New York City Department of Correction, et. al.
~~07-CV-9865~~ (GEL)(FM)
07Civ9856

Dear Judge Maas:

> The request is granted, but there will be no further extensions absent an affidavit establishing good cause (and the need to bring outside counsel up to speed will not be considered good cause). F.Maas, USMJ, 3/27/08

I am the Assistant Corporation Counsel assigned to the above-referenced action in which plaintiff alleges he received improper medical treatment while incarcerated in a Department of Correction facility. I write on behalf of the defendants[1] to respectfully request that defendants' time to respond to the Complaint be extended from March 14, 2008 to April 14, 2008. I apologize for the delay in this request to Your Honor. I originally made this request by letter to Judge Lynch dated March 12, 2008. This is defendants' second request for an extension of time in this matter. This office is currently exploring the option of retaining outside counsel to handle this matter. The additional time is necessary to assess this option, as well as to obtain copies plaintiff's medical records.

As plaintiff is incarcerated and proceeding *pro se*, I am unable to obtain his consent prior to making this request.

---

[1] Upon information and belief, all of the defendants in this action have not been properly served with the Summons and Complaint. An extension of time will increase the likelihood of this office being able to interpose a single answer.

Thank you for your courtesy and consideration of defendants' request to extend its time to respond to the Complaint to April 14, 2008.

Respectfully yours,

Michael Suarez (MS 5038)
Assistant Corporation Counsel

cc: Rudolph Evans, *Pro Se*
#90-T-3696
Mid-Orange Correctional Facility
900 Kings Highway
Warwick, New York 10990-0900